1 | Law Offices of
**DREYER BABICH BUCCOLA WOOD**
2 | **CAMPORA, LLP**
ANTHONY J. GARILLI (SBN 280886)
3 | 20 Bicentennial Circle
Sacramento, CA 95826
4 | Telephone: (916) 379-3500
Facsimile: (916) 379-3599
5 | Attorneys for Plaintiff

6 | Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
7 | MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
8 | 3638 American River Drive
Sacramento, California 95864
9 | Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430
10 |
11 | Attorneys for Defendant, COSTCO
WHOLESALE CORPORATION

12 |
13 | **UNITED STATES DISTRICT COURT**
14 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15 | OLHA NIKOLAYCHUK,          Case No.  2:21-cv-00899-TLN-AC

16 |                           ***JOINT* STIPULATION AND ORDER
                              TO MODIFY INITIAL PRETRIAL
                              SCHEDULING TO EXTEND NON-
                              EXPERT DISCOVERY DEADLINES**

           Plaintiff,

17 |      v.

18 | COSTCO WHOLESALE
CORPORATION and DOES 1 to 20,
19 | inclusive,

20 |           Defendant.
                              Assigned to:  District Judge Troy L. Nunley
21 |
                              Complaint filed:  February 17, 2020
22 |                          Removed:     May 18, 2021
23 |
24 |
25 | **STIPULATION TO EXTEND DISCOVERY DEADLINES**

26 |      The  parties,  through  their  respective  counsel,  and  pursuant  to  Federal  Rule  of  Civil

27 | Procedure 16(b) and 29(b), hereby submit that stipulation to extend the deadlines provided in the

28 | Court's Order dated May 18, 2021 (EFC No. 2) (hereinafter "Prior Order"). A proposed order is

1

1   attached as required under Local Rule 143(b).

2       Counsel for the parties herein, Plaintiff OLHA NIKOLAYCHUK (hereinafter "Plaintiff")

3 and Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant"), have met

4 and conferred and agree that a request for the extension of discovery deadlines set forth in the Prior

5 Order is warranted.  The parties, by and through their respective counsel, agree that additional time

6 is necessary in light of the claims and defenses involved in this case, and in light of the delays

7 caused by the COVID-19 pandemic in scheduling depositions and completing the parties'

8 respective discovery and investigation in this matter.

9       The parties thus request that the Court accommodate a readjustment of discovery deadlines.

10 To that end, the parties stipulate as follows:

11       1.    The Court previously set the last day to complete non-expert discovery as January

12 13, 2022; and

13       2.    The Court previously set March 14, 2022 as the last day to File and Serve Disclosure

14 of Expert Witnesses; and

15       3.    The Court previously set April 13, 2022 as the last day to file and serve supplemental

16 disclosure of expert witnesses; and

17       4.    The Court previously set June 12, 2022 as the last day to exchange any supplemental

18 disclosures and responses (non-expert); and

19       5.    The Court previously set July 12, 2022 as the last day to file a dispositive motion.

20       6.    Due to the claims and defenses involved in this case, and in light of the fact of the

21 difficulty scheduling depositions and completing other discovery due to the COVID-19 pandemic,

22 and in light of the fact that Plaintiff's deposition is not compete due to a scheduling conflict with

23 an interpreter, and was recently canceled due to the fact that former-counsel for Defendant in this

24 matter contracted a severe COVID-19 infection in mid-December for which he required

25 hospitalization and Plaintiff's COVID-19 infection forced the parties to cancel Plaintiff's second

26 deposition, and in light of the fact there is no trial date currently scheduled, discovery is not

27 complete in this matter. Thus, the parties jointly request the following deadlines be extended and

28 set by the Court;

*JOINT STIPULATION & ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER*

7.     The deadline for the parties to complete non-expert discovery as August 13, 2022; and

8.     The deadline for the parties to File and Serve Disclosure of Expert Witnesses as November 14, 2022; and

9.     The deadline for the parties to file and serve supplemental disclosure of expert witnesses as December 13, 2022.

10.    The deadline for the parties to exchange any supplemental disclosures and responses (non-expert) as January 12, 2023 and

11.    The deadline for the parties to file a dispositive motion as February 12, 2023.

**IT IS SO STIPULATED**

Dated: March 22, 2022          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By:/s/_____
ANTHONY J. GARILLI, ESQ.
Attorney for Plaintiff, OLHA
NIKOLAYCHUK

Dated: March 22, 2022          **MATHENY SEARS LINKERT & JAIME LLP**

By:/s/_____
MATTHEW C. JAIME, ESQ.
Attorney for Defendant COSTCO
WHOLESALE CORPORATION

*JOINT STIPULATION & ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER*

1

## ORDER

2     **GOOD CAUSE APPEARING**, considering the parties' stipulation, the Court modifies

3 the schedule stated in its Order dated May 18, 2021, EFC No. 2, as follows:

4     1.     The deadline for the parties to complete non-expert discovery as **August 15, 2022**;

5 and

6     2.     The deadline for the parties to File and Serve Disclosure of Expert Witnesses as

7 November 14, 2022; and

8     3.     The deadline for the parties to file and serve supplemental disclosure of expert

9 witnesses as December 13, 2022.

10     4.     The deadline for the parties to exchange any supplemental disclosures and responses

11 (non-expert) as January 12, 2023 and

12     5.     The deadline for the parties to file a dispositive motion as **February 13, 2023**.

13

14 **IT IS SO ORDERED**

15

16 Dated:  March 25, 2022

17                                 Troy L. Nunley
                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION & ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER*