UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLHA NIKOLAYCHUK,<br><br>   Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | No. 2:21-cv-00899-DJC-AC<br><br><br>ORDER TO SHOW CAUSE |

On April 3, 2023, Defendants filed a Motion for Summary Judgment. (ECF No. 16.) Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed. L.R. 230(c); *see also* Fed. R. Civ. P. 78. Fourteen days have passed and Plaintiff has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must show cause in writing why the Court should not construe Plaintiff's failure to file a timely opposition as a non-opposition to Defendant's motion and why this case should not be dismissed for failure to prosecute. *See* Local Rule 230(c).

DATED: August 21, 2023

/s/
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1